IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30247
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES CHRISTOPHER ALLEN,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CR-20021
- - - - - - - - - -

April 23, 1998

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

James Christopher Allen appeals his conviction and sentence
for offenses arising out of a large-scale drug conspiracy.  Allen
argues that the jury selection proceedings violated <u>Batson v.
Kentucky</u>;[**] that the evidence is insufficient to support his
convictions for conspiracy and possession of cocaine base with
intent to distribute; that the prosecution introduced evidence

_____

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

[**] 476 U.S. 79 (1986).

which prejudiced the jury; that evidence should have been suppressed; and his sentence is clearly erroneous.  Having reviewed the record and the briefs of the parties, we AFFIRM.

AFFIRMED.